# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $76,261.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | Case No. 1:23-cv-00667-ADA-HBK<br><br>ORDER DIRECTING CLERK TO ISSUE WARRANT TO ARREST ARTICLES *IN REM* FOR DEFENDANT CURRENCY[1] |

　　　　The United States of America filed a Verified Complaint for Forfeiture *In Rem* on April 27, 2023. (Doc. No.1, Complaint). The Complaint alleges that Defendant Approximately $76,261.00 in U.S. Currency ("Defendant Currency") is subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) for a violation of 21 U.S.C. §§ 841 *et seq*. (*Id*. at 4, ¶ 16). The Defendant Currency is in the custody of the U.S. Marshals Service, Eastern District of California. (*Id*. at 1, ¶ 2).

　　　　Pursuant to Rule G(3)(b)(i) of the Supplemental Rules for Admiralty or Maritime Clams and Asset Forfeiture Actions, the Court will direct the Clerk of Court to issue a warrant to arrest the Defendant Currency. In the alternative, the Court is satisfied based on the Complaint, as verified under penalty of perjury by Drug Enforcement Administration Special Agent Tony Tran, that there is probable cause to believe that the Defendant Currency so described constitutes

---

[1] This matter was referred to the undesigned pursuant to 28 U.S.C. § 636 and Local Rule 302(c)(3).

property that is subject to forfeiture for such violation and will issue a warrant to arrest under Supplemental Rule G(3)(b)(ii).

ACCORDINGLY, it is **ORDERED**:

The Clerk of Court for the United States District Court, Eastern District of California, shall issue a Warrant to Arrest of Articles *In Rem* for the Defendant Currency.

Dated:  May 24, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE