IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>APPROXIMATELY $76,261.00 IN U.S. CURRENCY,<br><br>　　　　Defendant. | 1:23-CV-00667-ADA-HBK<br><br>ORDER EXTENDING DEADLINE TO SUBMIT JOINT SCHEDULING AND CONTINUING INITIAL SCHEDULING CONFERENCE<br><br>(Doc. No. 9) |

On July 13, 2023, the United States filed a Request to Extend the Deadline to File a Joint Scheduling Report. (Doc. No. 9). The Court finds that there is good cause to extend the deadline to file a Joint Scheduling Report and will extend the deadline and continue the Initial Scheduling Conference.

ACCORDINGLY, it is ORDERED:

The United States' Request to Extend Deadline (Doc. NO. 9) is GRANTED and the deadline to file a Joint Scheduling Report is extended to **October 12, 2023**. The Court CONTINUES the July 27, 2023, telephonic Initial Scheduling Conference to **Wednesday, October 18, 2023 at 1:00 PM**.

Dated:　July 13, 2023

　　　　　　　　　　　　　　　　　　　　　/s/ Helena M. Barch-Kuchta
　　　　　　　　　　　　　　　　　　　　　HELENA M. BARCH-KUCHTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE