UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 1:23-cv-00667-TLN-CKD |
| Plaintiff, | **ORDER** |
| v. | |
| APPROXIMATELY $76,261.00 IN U.S. CURRENCY, | |
| Defendant. | |

This matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(19) and 28 U.S.C. § 636(b)(1). On September 23, 2024, the magistrate judge filed findings and recommendations (ECF No. 19), which were served on the parties, and which contained notice that any objections to the findings and recommendations were to be filed within fourteen (14) days. The deadline has passed, and no objections were filed.

The Court presumes that any findings of fact are correct. *See Orand v. United States*, 602 F.2d 207, 208 (9th Cir. 1979). The magistrate judge's conclusions of law are reviewed *de novo*. *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by the magistrate judge are reviewed de novo by both the district court and [the appellate] court[.]"). Having reviewed the file, the Court finds the findings and recommendations to be supported by

1

the record and by the proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 19) are ADOPTED IN FULL; and
2. The Government's motion for default judgment (ECF No. 17) is GRANTED, thus extinguishing any right, title, or interest in defendant currency of potential claimants, including Jose Cruz.

IT IS SO ORDERED.

DATED: November 8, 2024

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE