UNITED STATES DISTRICT COURT

FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States , <br><br> Plaintiff, <br><br> v. <br><br> Approximately $76,261.00 in U.S. Currency, <br><br> Defendant. | Case No. 1:23-cv-00667-TLN-CKD <br><br> **DEFAULT JUDGMENT** |

**IT IS ORDERED AND ADJUDGED** default judgment is hereby ENTERED against defendant:

Jose Cruz

November 12, 2024                    KEITH HOLLAND, CLERK

                                     By: /s/ K. Zignago, Deputy Clerk